UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA ZAMORA, et al., | Case No. 5:14-cv-03628-PSG |
| Plaintiffs, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 22)** |
| LW NEUFELD & ASSOCIATES, et al., | |
| Defendants. | |

Based on the parties' joint case management statement and the case management conference on October 14, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in a neutral evaluation within 60 days of this court's ruling on the PAGA issues.

---

[1] *See* Docket No. 23.

1

Case No. 5:14-cv-03628-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Date |
|---|---|
| PAGA Discovery Cut-Off | March 13, 2015 |
| PAGA Opening Briefs | March 27, 2015 |
| PAGA Opposition Briefs | April 10, 2015 |
| PAGA Reply Briefs | April 17, 2015 |
| PAGA Hearing | April 28, 2015 |
| Non-Expert Discovery Cut-Off | June 5, 2015 |
| Designation of Opening Experts with Reports | July 3, 2015 |
| Designation of Rebuttal Experts with Reports | July 24, 2015 |
| Last Day for Dispositive Motions | July 21, 2015 |
| Expert Discovery Cutoff | August 14, 2015 |
| Dispositive Motions Hearing | August 25, 2015 |
| Pre-Trial Conference | September 15, 2015 |
| Jury Trial | September 28, 2015 |

SO ORDERED.

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge