UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ZAMORA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SERVICES, INC., et al.,<br><br>Defendants. | Case No.  14-cv-03628-PSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  July 10, 2015<br>Mediator:  Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse defendant Express Services, Inc,'s company representative, Russell Lissuzzo, from appearing in person at the July 10, 2015, mediation before Shirish Gupta is GRANTED.  Mr. Lissuzzo shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: July 6, 2015

Maria-Elena James
United States Magistrate Judge