UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA ZAMORA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LW NEUFELD & ASSOCIATES, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03628-PSG<br><br>**ORDER RE: MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(Re: Docket No. 35)** |

Defendant Express Services, Inc. filed a motion to extend the dispositive motion deadline.[1] Plaintiffs Gloria Zamora, Antonio Zamora and Leslie Marquez shall submit any opposition to Express Services' motion by Thursday, July 16, 2015 at 5:00 PM. The court will decide the matter on the papers.

**SO ORDERED.**

Dated: July 15, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Docket No. 35.

1
Case No. 5:14-cv-03628-PSG
ORDER RE: MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE